NEW BRUNSWICK SAVINGS BANK v. PETER MARKOUSKI, ET UX, ET AL., AND HERITAGE BANK, N.A. AND EQUITY LENDER'S CORPORATION.

July 11, 1989.

Petition for certification granted.

D. LARRY HOUSE v. CARTER–WALLACE, INC.

July 11, 1989.

Petition for certification denied.   (See 232 *N.J.Super.* 42)

MILL RACE, LTD., ETC. v. MAYOR & TOWNSHIP COMMITTEE OF BERNARDS TOWNSHIP.

July 11, 1989.

Petition for certification denied.   (See 230 *N.J.Super.* 160)

SMB ASSOCIATES (ANCHORING POINT) v. NEW JERSEY DE-PARTMENT OF ENVIRONMENTAL PROTECTION, ET AL.

July 11, 1989.

Petition for certification denied.